IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DAWAYNE LEE DAVIS, JR.,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

Case No. 5D22-1910
LT Case No. 2017-CF-000464-A

Opinion filed September 16, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Dawayne Lee Davis, Jr., Jasper, pro se.

Ashley Moody, Attorney General Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the May 5, 2020 order (and July 22, 2020 rehearing order) denying the motion

for postconviction relief filed in Case 2017-CF-000464-A, Sumter County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, EISNAUGLE and HARRIS,  JJ., concur.